THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JAMES R. WARE, Appellant.

(Argued March 6, 1933; decided April 11, 1933.)

*Edward T. Tighe* and *Le Roy Campbell* for appellant.
*Thomas J. Walsh, District Attorney*, for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.